**Dated: June 20, 2019**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
Western District Of Tennessee
Eastern Division

In Re:                                                                              Case No.  19-10252
Rodney Glen Claburn
Debtor                                                                              Chapter 13

### REPORT OF THE CHAPTER 13 TRUSTEE

Previous orders in this case have provided that the Debtor must perform certain actions or this case would be dismissed without further notice or hearing.  The Chapter 13 Trustee reports the Debtors have failed to perform as required.

/s/Timothy H. Ivy
Timothy H. Ivy (18053)
Chapter 13 Trustee
June 19, 2019

### ORDER DISMISSING CASE

Based upon the report of the Chapter 13 Trustee and the record as a whole, the Court finds this case should be DISMISSED.  The Chapter 13 Trustee shall file his final accounting after disbursing any funds on hand.  Any employer withholding income of the Debtor for payment to the Trustee under previous orders of this Court is relieved of that obligation.

**(DJK    /43)**
**CC:    Chapter 13 Trustee**

**Debtor:**
**Rodney Glen Claburn**
**421 John Allen Gordon Road**
**Brownsville, TN 38012**

**Attorney for Debtor:**
**CARL JEROME TEEL, JR.**
**TEEL & MARONEY, PLC**
**425 EAST BALTIMORE**
**JACKSON, TN 38301**

**Employer: (If Applicable)**
**HAYWOOD COUNTY SOLID WASTE**
**608 LANDFILL RD**
**BROWNSVILLE, TN 38012**

**#431    All Creditors**

```
                              United States Bankruptcy Court
                              Western District of Tennessee
In re:                                                                  Case No. 19-10252-jlc
Rodney Glen Claburn                                                     Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0651-1          User: valeta                 Page 1 of 2                  Date Rcvd: Jun 21, 2019
                              Form ID: pdftr02             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
db             +Rodney Glen Claburn,    421 John Allen Gordon Road,   Brownsville, TN 38012-8203
               +Haywood County Solid Waste,   608 Landfill Rd.,    Brownsville, TN 38012-6900
33074893        Advanced Radiology,    P.O. Box 11686,   Jackson, TN 38308-0128
33074895       +Brownsville Veterinary Clinic,    1218 Anderson,    Brownsville, TN 38012-3539
33074896       +Debt Recovery Solutions,    6800 Jericho Turnpike Ste 113E,    Syosset, NY 11791-4401
33074901       +Fast Pace Medical Clinic,    POB 306244,   Nashville, TN 37230-6244
33074903       +First Day Loan,    PO Box 44,   Batesland, SD 57716-0044
33074906       +Harpeth Financial Services,    c/o The Hill Firm,    PO Box 150529,   Nashville, TN 37215-0529
33074908        JMCGH,   620 Skyline Dr.,    Jackson, TN 38301-3923
33074910       +LCA Collections,    P.O. Box 2240,   Burlington, NC 27216-2240
33074909        Labcorp,   POB 2240,    Burlington, NC 27216-2240
33074912        Medical Data Systems, Inc.,    d/b/a Medical Revenue Service,    2001 9th Ave., Suite 312,
                 Vero Beach, FL 32960-6413
33074914       +Medical Revenue Services,    645 Walnut St.,   Suite 5,    Gadsden, AL 35901-4173
33074915       +Millsaps Auto Sales,    698 Airways Blvd.,   Jackson, TN 38301-3202
33074917       +PASI,   POB 188,    Brentwood, TN 37024-0188
33074919        Rent A Center,    110 Dupree Avenue North,   Brownsville, TN 38012
33074920       +Simmons Bank,    P.O. Box 7009,   Pine Bluff, AR 71611-7009
33074921       +TCM,   513 Waldron St.,    POB 1945,   Corinth, MS 38835-1945
33074922      ++TRANSSOUTH HEALTHCARE,    ATTN PATIENT BILLING,    P O BOX 11567,   JACKSON TN 38308-0126
               (address filed with court: Transsouth Health Care,     POB 11567,   Jackson, TN 38308)
33179830       +Tennessee Farmers Mutual Insurance Company c/o Ash,     214 Adams Avenue,
                 Memphis, TN 38103-1922
33074924       +Wakefield & Associates,    PO Box 50250,   Knoxville, TN 37950-0250
33074925       +West TN Bone & Joint,    POB 14000,   Belfast, ME 04915-4033
33079789       +Western Shamrock Corporation dba Western Finance,     bankruptcy Department,
                 84 Villa Rd, Ste 303,    Greenville, SC 29615-3013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
33074894       +E-mail/Text: bankruptcies@alliancecollectionservice.com Jun 22 2019 01:17:14
                 Alliance Collection Services Inc,    P.O. Box 49,    Tupelo, MS 38802-0049
33092392        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2019 01:18:09
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
33074898       +E-mail/Text: bknotice@ercbpo.com Jun 22 2019 01:15:19       Enhanced Recovery Company,
                 PO Box 57547,    Jacksonville, FL 32241-7547
33074905        E-mail/Text: bankruptcy@frost-arnett.com Jun 22 2019 01:11:59       Frost Arnett,
                 P.O. Box 198988,    Nashville, TN 37219
33074904        E-mail/Text: bankruptcies@foxcollection.com Jun 22 2019 01:14:58       Fox Collection,
                 456 Moss Trail,    P.O. Box 528,   Goodlettsville, TN 37070-0528
33074907        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 22 2019 01:15:47       Jefferson Capital Systems,
                 16 McLeland Rd.,    Saint Cloud, MN 56303
33085813        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 22 2019 01:15:47       Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
33091208        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2019 01:18:09       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
33074916       +E-mail/Text: bankruptcy@moneykey.com Jun 22 2019 01:16:58       MoneyKey,
                 3422 Old Capitol Trail, Suite 1613,    Wilmington, DE 19808-6124
33125831        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2019 01:18:09
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
33078213        E-mail/Text: bnc-quantum@quantum3group.com Jun 22 2019 01:14:10
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,   Kirkland, WA 98083-0788
33074923       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 22 2019 01:11:44
                 Verizon Wireless,    PO Box 660108,   Dallas, TX 75266-0108
33135358        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2019 01:32:38
                 Verizon by American InfoSource as agent,     4515 N Santa Fe Ave,   Oklahoma City OK 73118-7901
33074926       +E-mail/Text: bankruptcy@westernshamrockcorp.com Jun 22 2019 01:15:24       Western Finance,
                 801 S. Abe Street, Suite 2A,    San Angelo, TX 76903-6735
33074927       +E-mail/PDF: bk@worldacceptance.com Jun 22 2019 01:19:10       World Finance Corporation,
                 World Acceptance  Corporation Attn: Bank,    PO Box 6429,   Greenville, SC 29606-6429
33100271       +E-mail/PDF: bk@worldacceptance.com Jun 22 2019 01:20:12       World Finance Corporation,
                 Attn: Bankruptcy Processing Center,    PO Box 6429,    Greenville, SC 29606-6429
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
33074897*      +Debt Recovery Solutions,    6800 Jericho Turnpike Ste 113E,   Syosset, NY 11791-4401
33074899*      +Enhanced Recovery Company,    PO Box 57547,   Jacksonville, FL 32241-7547
33074900*      +Enhanced Recovery Company,    PO Box 57547,   Jacksonville, FL 32241-7547
33074902*      +Fast Pace Medical Clinic,    POB 306244,   Nashville, TN 37230-6244
33074911*      +LCA Collections,    P.O. Box 2240,   Burlington, NC 27216-2240
33074913*       Medical Data Systems, Inc.,    d/b/a Medical Revenue Service,   2001 9th Ave., Suite 312,
                 Vero Beach, FL 32960-6413
33074918*      +PASI,   POB 188,    Brentwood, TN 37024-0188
```

```
District/off: 0651-1          User: valeta              Page 2 of 2              Date Rcvd: Jun 21, 2019
                              Form ID: pdftr02          Total Noticed: 39
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
                                                                              TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2019 at the address(es) listed below:
              C. Jerome Teel, Jr.    on behalf of Debtor Rodney Glen Claburn bankruptcy@tennesseefirm.com,
               cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com
              Timothy H. Ivy     ecf_summ@ch13jax.com
              U.S. Trustee     ustpregion08.me.ecf@usdoj.gov
                                                                                   TOTAL: 3
```